# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     KENNY VELAZQUEZ                 CHAPTER 13

     Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
     Movant                                         CASE NO:    1-18-01402-HWV

KENNY VELAZQUEZ

     Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on November 13, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

    - make the regular monthly payments to the trustee during the remaining term of the plan.

      As of November 13, 2018, the Debtor(s) is/are $2050.00 in arrears with a plan payment having last been made on Sep 04, 2018

      In accordance with said stipulation, the case may be dismissed upon certification of the trustee without further notice or hearing.

                                                                Respectfully Submitted,
                                                               /s/ Liz Joyce
                                                               for Charles J. DeHart, III, Trustee
                                                               8125 Adams Drive, Suite A
                                                               Hummelstown, PA 17036
                                                               Phone: (717) 566-6097

Dated: November 13, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KENNY VELAZQUEZ

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CHAPTER 13

CASE NO: 1-18-01402-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 13, 2018, I served a copy of this Certification of Default on the following parties by 1st Class Mail, unless served electronically.

| | |
|---|---|
| STEPHEN WADE PARKER, ESQUIRE<br>MOONEY AND ASSOCIATES, PC<br>230 YORK STREET<br>HANOVER, PA 17331- | SERVED ELECTRONICALLY |
| KENNY VELAZQUEZ<br>30 W QUEEN STREET<br>ANNVILLE, PA 17003 | SERVED BY 1ST CLASS MAIL |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | SERVED ELECTRONICALLY |

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2018

Respectfully submitted,
Liz Joyce
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: dehartstaff@pamd13trustee.com